**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO   MAR 14 2014

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**GABRIEL ARMAS,**<br><br>Defendant. | No. CR 14-799 KBM<br><br>18 U.S.C. §§ 1153, 13, N.M.Stat.Ann., § 30-3-1, Assault. |

## INFORMATION

The United States Attorney charges:

On or about May 12, 2012, in Indian Country, in San Juan County, in the District of New Mexico, the Defendant, **GABRIEL ARMAS**, a non-Indian, unlawfully, by threatening and or menacing conduct, caused Jane Doe to reasonably believe that she was in danger of receiving an immediate battery.

In violation of 18 U.S.C. §§ 1152, 13, N.M.Stat.Ann., § 30-3-1.

STEVEN C. YARBROUGH
Acting United States Attorney

_____
DAVID M. ADAMS
Special Assistant U.S. Attorney
Post Office Box 607
Albuquerque, New Mexico  87103
(505) 346-7274