*Rev. May 22, 2012*

# PLEA MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 14-799 KBM | UNITED STATES vs. Armas |
|---|---|

**Before The Honorable Karen B. Molzen, United States Magistrate Judge**

| Hearing Date: | 3/14/2014 | Time In and Out: | 11:54-12:13 |
|---|---|---|---|
| Clerk: | E. Romero | Digital Recording: | ABQ-Cimarron |
| Defendant: | Gabriel Armas | Defendant's Counsel: | John Samore |
| AUSA: | David Adams | Interpreter: | n/a |

☐ Sworn
☐ Waived

☒ Defendant Sworn
☐ First Appearance
☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
☒ Deft acknowledges receipt of: **Information**
☒ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
☒ Terms and conditions of proposed plea agreement explained.
☒ Factual predicate to sustain the plea provided.
☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
☒ Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement.
☒ Deft pleads GUILTY to: **Information**
☒ Allocution by Deft on elements of charge(s).
☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
☒ Deft adjudged guilty.
☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.
☒ Sentencing Date: **to be notified**
☐ Defendant to Remain in Custody
☒ Present conditions of release continued ☐ Conditions changed to:
☐ Penalty for failure to appear explained
☒ Presentence Report Ordered ☐ Expedited (Type III)

Other Matters: