FILED
At Albuquerque NM
MAY 06 2014
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CR NO. 14-799 KBM

GABRIEL ARMAS,

    Defendant,

## AGREED ORDER TO MODIFY PRE-SENTENCING CONDITIONS

THIS MATTER comes before the Court on Mr. Armas' Unopposed Motion to Modify Pre-Sentencing Conditions, and the Court, being fully apprised in the premises, FINDS for good cause conditions of pre-sentencing release should be modified.

The Court, therefore, ORDERS:

1.     The conditions of release are hereby modified by deleting the condition prohibiting consumption of alcoholic beverage.

2.     All other conditions of pre-trial release continue

_____
MAGISTRATE JUDGE

PREPARED BY:
/s/ John F. Moon Samore, Esq.
Attorney for Defendant Smith
P.O. Box 1993
Albuquerque, NM 87103
(505) 244-0450

APPROVED BY:
/s/ David M. Adams, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103-0607